1 | McGREGOR W. SCOTT
United States Attorney
2 | MARK E. CULLERS
LAUREL J. MONTOYA
3 | Assistant U.S. Attorneys
4401 Federal Building
4 | 2500 Tulare Street
Fresno, California 93721
5 | Telephone:   (559) 497-4000



**FILED**

JUL 1 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ **C. ESTEVES**
DEPUTY CLERK

**SEALED**

9 |        IN THE UNITED STATES DISTRICT COURT FOR THE

10 |           EASTERN DISTRICT OF CALIFORNIA

|   | | 1: 0 8 CR   0 0 2 1 9 AWI |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, ) | CR.NO. |
| 13 | Plaintiff, ) | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| 14 | v. ) | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| 15 | DAVID SWANSON, ) | CRIMINAL PROCEDURE |
| 16 | Defendant. ) | |

        The government moves the Court, pursuant to Rule 6(e) of the
Federal Rules of Criminal Procedure, to order and direct that the
Indictment returned by the Grand Jury on July 10, 2008 charging
the above defendant with a violation of Title 18, United States
Code, Section 1001-Making a False, Fictitious or Fraudulent
Statement, be kept secret until the defendant named in the
Indictment is either in custody or has been given bail on these
offenses; and further order that until such time as the defendant
is in custody or has been given bail, that no person shall
disclose the finding of the Indictment or any warrants issued

1  pursuant thereto, except when necessary for the issuance and

2  execution of the warrants.

3  DATED: July 10, 2008                    Respectfully submitted,

4                                          McGREGOR W. SCOTT
                                           United States Attorney

5                                          By

6                                             MARK E. CULLERS
                                           Assistant U.S. Attorney

7

8  ORDERED as prayed this 10th day of July, 2008.

9

10                                         U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2