```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARK E. CULLERS
    LAUREL J. MONTOYA
 3  Assistant U.S. Attorney
    4401 Federal Building
 4  2500 Tulare Street
    Fresno, California  93721
 5  Telephone:  (559) 497-4000
 6
 7           IN THE UNITED STATES DISTRICT COURT FOR THE
 8                  EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   01:08-cr-00224-LJO
                                 )
11              Plaintiff,       )
                                 )
12       v.                      )   NOTICE OF RELATED CASES
                                 )
13  ROBERT C. HOLLOWAY,          )
    BRENT F. HOLLOWAY,           )
14  ALFREDO F. RINCON,           )
    MICHAEL J. OROZCO,           )
15  JOSEPH S. TYLER,             )
    REYNALDO W. SOTELO,          )
16  FREDRICK A. NOREBERG, and    )
    RAY M. HEFFINGTON,           )
17                               )
                Defendants.      )
18                               )
                                 )
19  _____
20  UNITED STATES OF AMERICA,    )   1:08-cr-00220-OWW
                                 )
21              Plaintiff,       )
                                 )
22       v.                      )
                                 )
23  RAUL DELEON,                 )
                                 )
24              Defendant.       )
                                 )
25  _____
26  //
27  //
28  //
```

FILED
JUL 1 6 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | 1:08-cr-00222-LJO |
| 2 | Plaintiff, ) | |
| 3 | v. ) | |
| 4 | STEVEN J. JOHNSON, ) | |
| 5 | Defendant. ) | |
| 6 | | |
| 7 | UNITED STATES OF AMERICA, ) | 1:08-cr-00219-AWI |
| 8 | Plaintiff, ) | |
| 9 | v. ) | |
| 10 | DAVID A. SWANSON, ) | |
| 11 | Defendant. ) | |
| 12 | | |
| 13 | UNITED STATES OF AMERICA, ) | 1:08-cr-00221-AWI |
| 14 | Plaintiff, ) | |
| 15 | v. ) | |
| 16 | DANIEL DAVID MARTELL, ) | |
| 17 | Defendant. ) | |
| 18 | | |
| 19 | UNITED STATES OF AMERICA, ) | 1:08-cr-00223-OWW |
| 20 | Plaintiff, ) | |
| 21 | v. ) | |
| 22 | JOHN ROGER BIRD, ) | |
| 23 | Defendant. ) | |
| 24 | | |

25     Pursuant to Rule 83-123 of the Local Rules of the United States
26 District Court for the Eastern District of California, the United
27 States of America, by and through its undersigned attorneys of
28 record, McGregor W. Scott, United States Attorney for the Eastern

1  District of California, Mark E. Cullers, and Laurel J. Montoya,
2  Assistant U.S. Attorneys, hereby give notices that the above-
3  captioned cases are related and request assignment to a single
4  judge.

5      The above-captioned cases involve crimes arising from a single
6  investigation.  Further, the above-captioned cases are related in
7  that the cases involve the same factual and legal issues because
8  Judge Oliver W. Wanger approved the T-III wire tap as well as the
9  search warrants served during the course of the investigation.

10     Since United States v. Raul DeLeon, 1:08-cr-00220-OWW, and
11 United States v. John Roger Bird, 1:08-cr-00223-OWW were assigned to
12 Judge Oliver W. Wanger, the United States hereby requests that the
13 remaining above-captioned matters also be assigned to Judge Oliver
14 W. Wanger.

15     For the foregoing reasons, since the above-captioned cases
16 involve the same investigation, and the approval of the T-III and
17 search warrants were done by Judge Wanger, their assignment to a
18 single judge will avoid a substantial duplication of labor, will
19 serve the ends of judicial economy and will likely effect a
20 substantial savings of judicial effort.  See Local Rule 83-
21 123(a)(4).  The Government respectfully requests that the Clerk of
22 the District Court notify the Judge of the related nature of these
23 //
24 //
25 //
26 //
27 //
28 //

1 cases for the purpose of assignment to the above-referenced single
2 Judge.

3 Dated: July 16, 2008                         Respectfully Submitted,

4                                              McGREGOR W. SCOTT
                                               United States Attorney
5

6                                              By    /s/ Laurel J. Montoya
                                               LAUREL J. MONTOYA
7                                              Assistant U.S. Attorney

8

9                                  O R D E R

10     IT IS HEREBY ORDERED that the cases of <u>United States v. Robert
11 C. Holloway et al.</u>, 1:08-cr-00224-LJO, <u>United States v. Steven J.
12 Johnson</u>, 1:08-cr-00222-LJO, <u>United States v. Daniel David Martell</u>,
13 1:08-cr-00221-AWI, and <u>United States v. David A. Swanson</u>, 1:08-cr-
14 00219-AWI, be assigned to Judge Oliver W. Wanger

15 Dated:  7-16-08
                                               _____
                                               OLIVER W. WANGER
16                                             U.S. District Judge

17 APPROVED.

18 DATED: July 16, 2008.

19
                                               _____
20
                                               ANTHONY W. ISHII
21                                             U.S. Chief Judge
22                                             Eastern District of California

4