```
 1  ROBERT L. FORKNER (CSB# 166097)
    LAW OFFICES OF ROBERT L. FORKNER
 2  722 THIRTEENTH STREET
    MODESTO, CALIFORNIA 95354
 3  TELEPHONE:     (209)544-0200
    FAX:           (209)544-1860
 4

 5
    ATTORNEYS FOR DEFENDANT
 6  DAVID A. SWANSON

 7

 8
                  IN THE UNITED STATES DISTRICT COURT
 9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,   )   CASE NO. 1:08-CR-219 OWW
                                )
13                              )   DEFENDANT'S NOTICE OF WAIVER
           Plaintiff,           )   OF PERSONAL APPEARANCE
14                              )
                                )
15        vs.                   )
                                )
16  DAVID A. SWANSON,           )
                                )
17                              )
           Defendants,          )
18  _____/

19
```

**Defendant, DAVID A. SWANSON, waives his right to be present in open court, upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.**

**Defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this**

waiver; agrees that her interests will be deemed represented at all times by the presence of his attorney, ROBERT L. FORKNER, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18, United States Code, Sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without Defendant being present.

Dated:

/s/ DAVID A. SWANSON
DAVID A. SWANSON
DEFENDANT

Dated:

/s/ Robert L. Forkner

ROBERT L. FORKNER,
Attorney for Defendant

## ORDER

IT IS SO ORDERED.

Dated:   August 6, 2008          /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE