```
ROBERT L. FORKNER (CSB# 166097)
LAW OFFICES OF ROBERT L. FORKNER
722 THIRTEENTH STREET
MODESTO, CALIFORNIA 95354
TELEPHONE:     (209)544-0200
FAX:           (209)544-1860


ATTORNEYS FOR DEFENDANT
DAVID A. SWANSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>     Plaintiff,             )<br>                            )<br>     vs.                    )<br>                            )<br>DAVID A. SWANSON,           )<br>                            )<br>     Defendants.            )<br>_____/ | CASE NO. 1:08-CR-00219-OWW<br><br>ORDER AND DEFENDANT'S<br>NOTICE OF WAIVER OF A SPEEDY<br>TRIAL |

   Defendant, DAVID A. SWANSON, waives his right to a speedy trial.  Defendant further acknowledges that he has been informed of his rights under Title 18, United States Code, Sections 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without Defendant being present.

Dated: 09/19/08

                                    /s/ David A. Swanson
                                    David A. Swanson
                                    DEFENDANT

```
 1  Dated: 09/19/08
 2
                                           /s/ Robert L. Forkner
 3                                         _____
                    _____  ROBERT L. FORKNER,
 4                                         Attorney for Defendant
 5
 6                               ORDER
 7  IT IS SO ORDERED.
 8  Dated:   September 23, 2008          /s/ Oliver W. Wanger
                                         _____
 9                                       UNITED STATES DISTRICT JUDGE
```

2