McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
LAUREL J. MONTOYA
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-cr-0219 OWW |
| Plaintiff, | MOTION AND ORDER TO DISMISS INDICTMENT |
| v. | |
| DAVID A. SWANSON, | |
| Defendant. | |

The United States hereby moves to dismiss, with prejudice, the Indictment in the above-entitled case only as against this defendant, in the interests of justice.

Dated: December 15, 2008      McGREGOR W. SCOTT
                              United States Attorney

                                    /s/
                              By: MARK E. CULLERS
                              Assistant United States Attorney

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:08-cr-0219 OWW |
| Plaintiff, ) | ORDER TO DISMISS INDICTMENT |
| v. ) | |
| DAVID A. SWANSON, ) | |
| Defendant. ) | |

Upon motion of the United States, and for good cause showing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case against the above-named defendant be DISMISSED, with prejudice, in the interests of justice.

IT IS SO ORDERED.

**Dated:   December 16, 2008**           /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

2